IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR.,

    Plaintiff,

  v.

SHERIFF BARRETT, T.J. BARTH, DEP SHOTLIFF, DEP DOE #1-2, DEP DOE 1-20, DR. SYED, NURSE ANITA DOE, NURSE JOSEPH DOE, and TRISHA DOE,

    Defendants.

Case No.  22-cv-239-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Joel Turner, Clerk of Court

May 3, 2022
Date